UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **DEBORAH ANDREWS,**<br><br>                      **Plaintiff,**<br><br>vs.<br><br>**THE ESTATE OF TYRONE FOSTER, deceased,**<br><br>                      **Defendant.** | Case No. 2:20-cv-00031 |

## ORDER OF DISMISSAL WITH PREJUDICE OF DEPOSITORS INSURANCE COMPANY

Plaintiff, **DEBORAH ANDREWS** and Depositors Insurance Company have announced to the Court that all matters in controversy against Depositors Insurance Company have been resolved. A Stipulation of Dismissal with Prejudice of Depositors Insurance Company has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Depositors Insurance Company, the Court hereby makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff **DEBORAH ANDREWS**, against Depositors Insurance Company are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

Depositors Insurance Company is hereby removed as an unnamed party from this matter and no further participation shall be required of Depositors Insurance Company or its counsel. This Order only applies to Depositors Insurance Company; all other claims that have been or could

be brought in this matter against all other named and unnamed party defendants shall remain active and pending at this time.

SO ORDERED, this \_\_1\_\_ day of June, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA